UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

JOSE GUADALUPE NUNEZ YANEZ,
Petitioner,
v.
CHRISTOPHER J. LAROSE, et al.,
Respondents.

Case No.: 26-cv-4934-RSH-MSB

**ORDER DIRECTING SUPPLEMENTAL BRIEFING**

On August 31, 2026, petitioner Jose Guadalupe Nunez Yanez filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. ECF No. 1. Petitioner challenges the immigration judge's denial of bond, alleging that the judge failed to hold the government to its burden of proving flight risk or dangerousness by clear and convincing evidence. ECF Nos. 1 at 36–39; 5 at 3. Plaintiff further alleges his warrantless arrest and resulting detention violated 8 U.S.C. §§ 1226(a) and 1357(a)(2) because officers neither possessed a warrant upon his arrest nor satisfied the statutory requirements for a warrantless arrest. ECF No. 1 at 42–44.

Respondents' return addresses Petitioner's challenge to the bond proceedings and argues that he has not exhausted his administrative remedies, but does not address Petitioner's separate claim concerning the legality of his warrantless arrest and resulting

detention. *See* ECF No. 9 at 2–5. Accordingly, the Court **DIRECTS** Respondents to file a supplemental response by **September 16, 2026** addressing Petitioner's claim that his arrest and resulting detention violated 8 U.S.C. §§ 1226(a) and 1357(a)(2). Respondents shall attach any administrative arrest warrant issued for Petitioner, together with evidence establishing when it was issued and whether and when it was served on Petitioner.

**IT IS SO ORDERED.**

Dated: September 11, 2026

Robert S. Huie

Hon. Robert S. Huie
United States District Judge